THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEE ELLMORE and ANNE FORREST, Appellants.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSARIO NERI, Appellant.— Judgment of conviction of the County Court of Richmond county reversed upon the law and the facts and a new trial ordered upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur, Lazansky, P. J., Kapper and Scudder, JJ., being also of opinion that the reversal should also be based upon the grounds stated in the decision in People v. Basile (ante, p. 703), decided herewith.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE POZNINSKY, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WENDLING and Others, Appellants.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

VINCENT RIZZO, Respondent, v. THOMAS FLAHERTY, Individually, and Doing Business under the Trade Name and Style of FLAHERTY'S GARAGE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Carswell, Scudder and Davis, JJ.

CARLTON H. SMITH, Appellant, v. MADISON SQUARE PRESS, Respondent.— Order modified so as to direct the defendant to serve a bill of particulars of the third defense contained in the amended answer as follows: (a) The duties which plaintiff failed to perform; (b) the times and the places where he was intoxicated; (c) when and where he offended customers and who the customers are whom he offended; (d) how, when and in what respects he was incompetent and inefficient, and (e) wherein he was guilty of neglect of duty. As so modified, the order is affirmed, with ten dollars costs and disbursements to the appellant; the particulars to be served within ten days after service of a copy of the order to be entered herein. The plaintiff is entitled to know in what respect the defendant claims that he did not faithfully perform the agreement, etc. (Stern v. Bellas, Hess & Co., 166 App. Div. 806), and the names of the customers who are claimed to have been offended and alienated may be required. (Evening Herald Co. v. Kilmer, 167 App. Div. 399.) Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ., concur.

CORNELIUS T. WILLEMEN and CARL VOELKER, Copartners, Doing Business under the Firm Name and Style of WILLEMEN & VOELKER, Respondents, v. BURKE BUILDING Co., INC., and HENRY G. MARTIN, Defendants, Impleaded with LESTER V. ALLERS, Respondent, and INTERBORO ASSOCIATES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.